■ MARYANNE SZYMANSKI, as Administratrix of the Estate of ROBERT D. SZYMANSKI, Deceased, Appellant, v MICHAEL P. HOLENSTEIN et al., Respondents. (Appeal No. 2.) [788 NYS2d 902]— Appeal from an order of the Supreme Court, Erie County (Kevin M. Dillon, J.), entered December 19, 2003. The order denied plaintiff's motion seeking to set aside a jury verdict in defendants' favor in a wrongful death action.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1]). Present—Scudder, J.P., Kehoe, Smith, Pine and Hayes, JJ.